[No. 25587-1-II.   Division Two.   February 9, 2001.]

CONCERNED CITIZENS FOR BUCKLEY PLANNING, *Appellant*, v. THE CITY OF BUCKLEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-08679-7, Thomas P. Larkin, J., entered January 12, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 25154-0-II.   Division Two.   February 9, 2001.]

*In the Matter of the Personal Restraint of* DAVID ALLEN HEPPARD, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Foscue, J. Pro Tem., concurred in by Seinfeld and Houghton, JJ.

[No. 25392-5-II.   Division Two.   February 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO SALAZAR-SANDOVAL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 98-1-00242-5, Toni A. Sheldon, J., entered November 18, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 25139-6-II.   Division Two.   February 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT M. RUTHERFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00221-9, Jay B. Roof, J., entered October 1, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Quinn-Brintnall, JJ.